FILED: February 1, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-4071

(1:22-cr-00150-LCB -1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JAMES BENJAMIN ALLEN

  Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:22-cr-00150-LCB -1 |
| Date notice of appeal filed in originating court: | 01/31/2024 |
| Appellant | James Benjamin Allen |
| Appellate Case Number | 24-4071 |
| Case Manager | Taylor Barton<br>804-916-2702 |